

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

AmWins Specialty Auto, Inc.,

Vs. No. 11-17-00239-CV

Eduardo Cabral,

\* From the County Court at Law
of Ector County,
Trial Court No. CC-26,689.

\* March 29, 2019

\* Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against AmWins Specialty Auto, Inc.